UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MAYES,

    Plaintiff,

v.

BRUCE VANDENBURG, d/b/a DOMINO'S, et al.,

    Defendants.

CASE NO. 2:18-cv-00695-JLR

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 18th day of May, 2018.

                                            BRIAN A. TSUCHIDA
                                            Chief United States Magistrate Judge