IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>            Plaintiff,<br><br>    v.<br><br>NFG SEATTLE LLC, d/b/a DOMINO'S PIZZA, a Delaware corporation,<br><br>            Defendant. | Case No.: 18-cv-00695 JLR<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF |

TO:    NFG SEATTLE LLC, Defendant

TO:    CLERK OF THE COURT

     YOU AND EACH OF YOU will please take notice that MATTHEW J. BEAN and CODY FENTON-ROBERTSON of BEAN LAW GROUP hereby enter their appearance in the above-entitled action.

//

//

//

//

NOTICE OF APPEARANCE ON BEHALF
OF PLAINTIFF - 1
NO. 18-cv-00695 JLR

DATED: this 18th day of June, 2018:

                        BEAN LAW GROUP

By: /s/ *Cody Fenton-Robertson*
     Cody Fenton-Robertson, WSBA# 47879
     Attorney for Plaintiff
     2200 6th Ave, Suite 500
     Seattle, WA 98121
     (206)522-0618

By: */s/ Matthew J. Bean*
     Matthew J. Bean, WSBA# 23221
     Attorney for Plaintiff
     2200 6th Ave, Suite 500
     Seattle, WA 98121
     (206)522-0618

NOTICE OF APPEARANCE ON BEHALF
OF PLAINTIFF - 2
NO. 18-cv-00695 JLR

BEAN LAW GROUP
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618
(206) 524-3751 FAX