Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MARK MAYES,

    Plaintiff,

vs.

NFG SEATTLE LLC d/b/a DOMINO'S PIZZA, a Delaware Corp,

    Defendant.

No. 18-CV-00695 JLR

STIPULATED ORDER FOR DISMISSAL OF ALL CLAIMS

[~~PROPOSED~~]

THIS MATTER, having come before the Court on the Stipulated Motion for Dismissal of all Claims, the Court having reviewed the records and files herein. The motion is GRANTED, and it is hereby ORDERED that all claims are dismissed with prejudice and without fees or costs awarded to any party.

ENTERED this 17th day of October, 2018.

_____
Hon. James L. Robart

STIPULATED ORDER FOR DISMISSAL OF ALL CLAIMS - 1
18-CV-00695 JLR
6426926.doc

LEE·SMART
P.S., Inc., · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Presented by:

LEE SMART, P.S., INC.


By: /s/ Joel E. Wright
    Joel E. Wright, WSBA No. 8625
    Of Attorneys for defendants

    1800 One Convention Place
    701 Pike St.
    Seattle, WA 98101-3929
    (206) 624-7990
    jw@leesmart.com


By: /s/Matthew J. Bean
    Matth J. Bean, WSBA No. 23221
    Of attorney for plaintiff

    2200 Sixth Avenue, Suite 835
    Seattle, WA 98121
    (206) 522-0618
    matt@beanlawgroup.com

STIPULATED ORDER FOR DISMISSAL OF ALL
CLAIMS - 2
18-CV-00695 JLR
6426926.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944